# IN THE UNITED STATES DISTRICT COURT
# FOR THE WE~~STTS~~ERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COURTNEY DOWELL,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**COX OKLAHOMA TELECOM, LLC**,<br><br>　　　　Defendant. | **Case No. CIV-18-108-D** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the Defendants COX OKLAHOMA TELECOM, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and (B), with each party to bear their own costs and fees.


s/ Lauren B. Hanna
Lauren Barghols Hanna
PHILLIPS MURRAH, P.C.
101 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: 405.235.4100
Facsimile: 405.235.4133
Email: lbhanna@phillipsmurrah.com
ATTORNEY FOR DEFENDANT

s/ Leah M. Roper
D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile: 405.703.4067
E-mail: colby@lhllaw.com
Email: leah@lhllaw.com
ATTORNEYS FOR PLAINTIFF